IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CV-259-BR

| | |
|---|---|
| ARKALGUD N. LAKSHMINARASIMHA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DUKE PROGRESS ENERGY, et al., ) | |
| ) | |
| Defendants. ) | |

This case comes before the court on a number of motions filed by pro se plaintiff Arkalgud N. Lakshminarasimha ("plaintiff") for an emergency hearing or for expedited consideration of his claims (*see* D.E. 38, 42, 44, 58, 61, 63, 77, 78, 82, 84, 100, 104, 111, 113, 114). After consideration of plaintiff's filings and the arguments presented therein, the court finds that plaintiff has failed to demonstrate that an emergency hearing or expedited proceedings are warranted. Among other reasons, many of the facts underlying plaintiff's claims occurred years ago with no demonstration of imminent harm should the case proceed on a standard case schedule. The motions for emergency hearing or to expedite (D.E. 38, 42, 44, 58, 61, 63, 77, 78, 82, 84, 100, 104, 111, 113, 114) are DENIED.

SO ORDERED, this 12 day of November 2015.

James E. Gates
United States Magistrate Judge