UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Arkalgud N. Lakshminarasimha, | ) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| Duke Progress Energy, GE, EPRI, US Navy, IBM, Public Services Enterprises, Director of HR at EPRI, Harry Berazin, Sen Feinstein, Pratt and Whitney, Public Service Enterprise Group, Inc., Paul Singshinsuk, Rachel Campbell, Clerk of Court, Dr. M.P. Boyce, NC Attorney General, Helen Oliver, General Electric, HR, IBM, Airtran, Chitra Murthy, Cary Town Hall, Wake County School System, Extended Stay, | ) 5:15-CV-259-BR |
| Defendants. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's objections to the M&R are OVERRULED, and the court ADOPTS the M&R as its own. Plaintiff's complaint is DISMISSED WITH PREJUDICE, and all pending motions are DENIED.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that within 20 days of the date of the order, plaintiff is DIRECTED to show cause why a pre-filing injunction should not be entered against him. Plaintiff is advised that with the pre-filing injunction, the court intends to enjoin plaintiff from (1) filing any additional documents in this action other than a notice of appeal and an application for leave to proceed in forma pauperis on appeal and (2) instituting any new civil case in this court without first obtaining leave of court.

This case is closed.

**This judgment filed and entered on March 7, 2016, and served on:**

Arkalgud N. Lakshminarasimha (via US Mail at 963 N. Harrison Ave, PMB 115, Cary, NC 27512)

March 7, 2016

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk